IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,

        Plaintiff,

v.                                                                     3:09cv402-WS

EFIONG O. ANDEM, ET AL.,

        Defendants.

_____

## ORDER DENYING PLAINTIFF'S
## MOTION FOR INJUNCTIVE RELIEF

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed September 14, 2009. The magistrate judge recommends that the plaintiff's motion for injunctive relief (doc. 3) be denied. The plaintiff has filed objections to the report and recommendation.

Upon review of the record in light of the plaintiff's objections, the court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for injunctive relief (doc. 3) is DENIED.

3. The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this ___2nd___ day of ___October___, 2009.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE