IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,
    Plaintiff,

vs.                                                                   Case No: 3:09cv402/WS/MD

DR. ANDEM, et al.,
    Defendants.

## O R D E R

    Plaintiff, an inmate proceeding pro se and *in forma pauperis,* has filed a civil rights complaint (doc. 1) under 42 U.S.C. § 1983 and the appropriate number of service copies as directed by the court. Service of the complaint shall therefore be ordered, and the defendants shall be required to respond. Plaintiff shall not file any reply to the defendants' responses until ordered to do so by the court.

    Accordingly, it is ORDERED:

    1. The docket shall reflect that there are **seven** defendants in this action: **Dr. Andem, Dr. Lord, Dr. Thayers, Cathy Allin, Dr. Aviles, M. Nichols and Dr. Collins**. Plaintiff shall have ten days from the date of this order in which to notify the court if this is incorrect.

    2. The Clerk of Court shall issue summonses, indicating that defendants have 60 days in which to file a response to the complaint, and refer the summonses to the United States Marshals Service, along with the service copies of plaintiff's complaint.

    3. The Clerk shall also prepare and send the Marshal a copy of this order for each of the named defendants.

    4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Vicki Paulin** is specially appointed to serve process upon **Dr. Andem** at **Holmes Correctional**

**Institution**. In the absence of **Vicki Paulin,** the specially appointed process server designated above, **Susan Peters** is designated as an alternate server and shall comply with this order as though issued in her name.

5. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Barbara Hardoiun** is specially appointed to serve process upon **Dr. Lord and Dr. Thayers** at **Reception and Medical Center**. In the absence of **Barbara Hardoiun,** the specially appointed process server designated above, **MaryLou McCleod** is designated as an alternate server and shall comply with this order as though issued in her name.

6. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Linda Clance** is specially appointed to serve process upon **Cathy Allin and Dr. Aviles** at **Union Correctional Institution**. In the absence of **Linda Clance,** the specially appointed process server designated above, **Cynthia Duncan** is designated as an alternate server and shall comply with this order as though issued in her name.

7. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Terry Shaner** is specially appointed to serve process upon **M. Nichols and Dr. Collins** at **Santa Rosa Correctional Institution**. In the absence of **Terry Shaner,** the specially appointed process server designated above, **Janine Cannon** is designated as an alternate server and shall comply with this order as though issued in her name.

8. Within 30 days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the civil rights complaint, a summons, and a copy of this order upon each defendant. Service shall be accomplished **by mailing these documents by regular mail to the above named special process servers who shall serve the complaints.** All costs of service shall be advanced by the United States.

9. Within 10 days after receipt of the complaints and this order, the special process servers shall **serve the complaints upon the individuals named above, complete** and **sign** the return of service, and **return** it to the <u>Clerk of Court</u> as proof of service. *Defendants shall also sign the return of service as an acknowledgment of receipt of service.*

10. If any defendant is no longer employed at the designated institution or facility, or is otherwise unable to be served, the server shall report this information to the Clerk of Court within 10 days after receipt of the complaint and this order. *If service is returned unexecuted, or if a return is not filed within forty-five (45) days from the date of this order, the Clerk of Court shall immediately notify chambers.*

11. Defendants shall have 60 days in which to file a response to the complaint.

12. No motion for summary judgment shall be filed by any party prior to entry of an Initial scheduling order without permission of the court.

13. Counsel for defendants shall file a notice of appearance within thirty (30) days of the date of service.

14. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

15. In accordance with 28 U.S.C. § 636(c)(2), the Clerk of Court shall forward to plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If plaintiff wishes to consent, the form should be signed and forwarded to counsel for defendants. If defendants wish to consent, the form should be signed and returned to the Clerk of Court.

16. After a notice of appearance has been filed, plaintiff shall be required to mail to the attorney for each defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of Court a certificate stating the date an identical copy of the paper was mailed to defendants or to the attorney representing defendants. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the court.

17. Plaintiff is reminded to keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated.

Failure to do so may result in the dismissal of plaintiff's action for failure to prosecute should court orders not be able to reach plaintiff.

DONE AND ORDERED this 21st day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**