IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,
    Plaintiff,

vs.                                                  Case No: 3:09cv402/WS/MD

EFIONG O. ANDEM, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This civil rights case is before the court upon plaintiff's motion for voluntary dismissal of his claims against defendant Dr. Thayer. (Doc. 74). Pursuant to Fed. R. Civ. P. 41(a)(1), those claims should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's Motion for Voluntary Dismissal In Part (doc. 74) be GRANTED.

2. That plaintiff's claims against defendant Dr. Thayer be DISMISSED WITHOUT PREJUDICE.

3. That this matter be referred to the undersigned for further proceedings on plaintiff's claims against the remaining defendants.

At Pensacola, Florida, this 6th day of December, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**