IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,

       Plaintiff,

v.                                      3:09cv402-WS

EFIONG O. ANDEM, et al.,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 75) docketed December 6, 2010. The magistrate judge recommends that the plaintiff's motion for voluntary dismissal of his claims against one of the defendants, Dr. Thayer, be voluntarily dismissed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 75) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's motion for voluntary dismissal of Dr. Thayer is GRANTED, and Dr. Thayer is hereby DISMISSED from this action.

    3. The case shall be referred to the magistrate judge for further proceedings.

DONE AND ORDERED this ___6th___ day of ___January___, 2011.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE