IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,

      Plaintiff,

v.                                                         3:09cv402-WS

EFIONG O. ANDEM, et al.,

      Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 94) docketed May 19, 2011. The magistrate judge recommends (1) that the plaintiff's motion for summary judgment be denied; (2) that the defendant's motion for summary judgment be granted as to all claims except the plaintiff's First Amendment retaliation claim against M. Nichols; (3) that the plaintiff's claims for compensatory and punitive damages on his First Amendment retaliation claim against Nichols be DISMISSED without prejudice; and (4) that the plaintiff's claims for injunctive relief be DISMISSED as moot. Both the plaintiff and Nichols have filed objections (docs. 96 & 95 respectively) to the report and recommendation.

Having considered the both record and the magistrate judge's report and recommendation in light of the filed objections, the court finds that the report and recommendation should be adopted. Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 94) is ADOPTED and incorporated by reference into this order.

2.  The plaintiff's motion for summary judgment (doc. 81) is DENIED.

3.  The defendants' motion for summary judgment (doc. 77) is DENIED as to the plaintiff's First Amendment claim against the defendant, M. Nichols, and is GRANTED as to all other claims and defendants.

4.  The plaintiff's requests for compensatory and punitive damages on his First Amendment claim against M. Nichols are DISMISSED WITHOUT PREJUDICE.

5.  The plaintiff's request for injunctive relief is DISMISSED as moot.

6.  The case shall be remanded to the magistrate judge for further proceedings on the plaintiff's First Amendment retaliation claim against M. Nichols.

DONE AND ORDERED this ___24th___ day of ___June___, 2011.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE