IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,
    Plaintiff,

v.                                  Case No: 3:09cv402/WS/CJK

EFIONG O. ANDEM, et al.,
    Defendants.

---

REPORT AND RECOMMENDATION

       This civil rights case is before the court upon plaintiff's Motion for Voluntary Dismissal (doc. 112) and a joint Notice of Voluntary Dismissal (doc. 113) filed by plaintiff and the defendants. The Notice states that the issues between the parties have been resolved through settlement, and that the parties stipulate to the entry of an order dismissing the claims against the defendants with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

       Accordingly, it is respectfully RECOMMENDED:

       1. That this cause be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

       2. That the clerk be directed to close the file.

       At Pensacola, Florida, this 20th day of September, 2011.

                                        */s/ Charles J. Kahn, Jr.*
                                        CHARLES J. KAHN, JR.
                                        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).