IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,

    Plaintiff,

v.        3:09cv402-WS

EFIONG O. ANDEM, et al.,

    Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 20, 2011.  Doc. 114.  The magistrate judge recommends that this cause be dismissed with prejudice consistent with the parties joint notice of voluntary dismissal.

The parties having resolved the case through settlement, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. This case is DISMISSED WITH PREJUDICE pursuant to Red. R. Civ. P. 41(a)(1)(A)(ii).

3. The clerk shall enter judgment stating: "All claims are DISMISSED WITH PREJUDICE."

DONE AND ORDERED this    26th    day of    September   , 2011.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE